IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 09-00017-KD |
| | * | |
| JUAN MARK JONES | * | |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS,** on December 1, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant Juan Mark Jones' interest forfeited in the following:

a. Kel Tec 9 mm handgun, Serial Number A3U42

b. Ruger P9 40C 40 caliber handgun, Serial Number 34120790

c. Ruger .22 Model 10-22, Serial Number 24965546

d. Mossberg 12 gauge 500A, Serial Number P539381

e. Essex rifle, Serial Number 7005

f. Single-shot sawed-off shotgun, no visible serial number

g. Ruger Model P90 .45 caliber handgun, Serial Number 662-04650

**WHEREAS,** the United States caused to be published on the official Government internet site, www.forfeiture.gov, for 30 days beginning on January 23, 2010, notice of this forfeiture and of the intent of the United States to dispose of the assets in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within sixty (60) days from the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS,** no third-parties have come forward to assert an interest in the property in the time required; and

**WHEREAS**, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c);

**NOW, THEREFORE**, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 18, United States Code, Section 924(d), and Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), the firearms listed above are forfeited to the United States of America;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the assets described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Gloria A. Bedwell.

This 7th day of May, 2010.

KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE