IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUAN MARK JONES,**<br>**#10579-003**<br><br>  Petitioner,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Defendant. | )<br>)<br>)<br>)  **CRIMINAL NO. 09-017-KD-B**<br>)  **CIVIL ACTION NO. 14-008-KD-B**<br>)<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated March 1, 2016, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Jones' Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 105) be **DENIED** and that Jones is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this **11**th day of **April 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**